## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| In re: Shana Young,<br><br>Debtor. | Case No.: 4:19-BK-15982<br>**Chapter 13** |
| Shana Young,<br><br>Plaintiff,<br><br>v.<br><br>National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-3, and National Collegiate Student Loan Trust 2006-2,<br><br>Defendants. | **Adv. Pro. Case No.: 4:23-ap-01017** |

## NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3'S
## <u>CORPORATE OWNERSHIP STATEMENT</u>

Defendant, National Collegiate Student Loan Trust 2005-3 ("NCSLT 2005-3"), by and through undersigned counsel, and pursuant to Federal Rule of Bankruptcy Procedure 7007.1, hereby submits its Corporate Ownership Statement and states as follows:

1. Fed. R. Bankr. P. 7007.1(a) provides: "Any nongovernmental corporation that is a party to an adversary proceeding, other than the debtor, shall file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

1

2. NCSLT 2005-3 is a Delaware Statutory Trust, not a corporation, and there are no entities to report under this rule as owing 10% or more of an equity interest in said Defendant.

Dated: October 24, 2023    Respectfully Submitted,

*/s/ Justin H. Homes*
Justin H. Homes, Esq.
3838 North Causeway Boulevard, Suite 2800
Metairie, LA 70002-7227
(504) 828-3700 Phone
(504) 828-3737 Fax

*Attorneys for Defendants, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-3, and National Collegiate Student Loan Trust 2006-2*

## CERTIFICATE OF SERVICE

I certify that on October 24, 2023, a copy of the foregoing was filed electronically in the Court's Case Management / Electronic Case Filing system. Notice of this filing will be sent to the parties and counsel of record by operation of the Court's CM/ECF filing system.

*/s/ Justin H. Homes*
Justin H. Homes, Esq.